# EXHIBIT OO

PLAINTIFFS JANUARY 13, 2007 ASSISTANCE TO K+N SEXUAL HARRASSMENT POLICIES SUBMITTED TO KEVIN MURPHY AND MIKE LICHWON

PLAINTIFFS FEBRUARY 16, 2007 STATEMENT OF THE ALLEGED SEXUAL HARASSMENT

PLAINTIFFS MARCH 3, 2007 EEOC CHARGE AGAINST K+N FOR RETALIATION

PLAINTIFFS MARCH 3, 2007 EEOC CHARGE AGAINST AEROTEK FOR RETALIATION

PLAINTIFFS APRIL 4, 2008 RIGHT TO SUE NOTICE

KUEHNE AND NAGEL
SOUTHAVEN LOCATION
JANUARY 13, 2007
SUBJECT: EMPLOYEE LIABILITY
ADMINISTRATIVE AND MANAGEMENT TEAMS

IM A CONTRACTED AEROTEK EMPLOYEE AT K & N LOCATED AT THE SOUTHAVEN MS FACILITY SINCE NOVEMBER 15, 2006. MY CURRENT POSITION IS A QUALITY AUDITOR DEPARTMENT TEAM LEAD IN INTERNATIONAL ON FIRST SHIFT.

IV'E ALSO TRAINED IN INTERNATIONAL SHIPPING, DOMESTIC, SMALL PARCELS AND RECEIVING. THIS CROSS TRAINING HAS ALLOWED ME TO INTERACT WITH OTHER EMPLOYEES IN THESE DEPARTMENTS FIRST HAND AND ASSESS VARIOUS PERSONALITY CONFLICTS.

THESE DEPARTMENTS WERE APPOINTED DEPARTMENT LEADS. CONNIE WALKER IS CURRENTLY RUNNING DOMESTICS AND REGINALD JOHNSON IS LAST KNOWN FOR MAINTAINING SMALL PARCELS/ NOW A PROCEDURE TRAINER. BOTH OF THESE APPOINTEES ARE ALSO AREOTEK EMPLOYEES.

DURING OUR COURSE OF EMPLOYMENT, WE (DEPARTMENT LEADS) HAVE EXPRESSED OUR INTERST IN SEEKING PERMANENT POSITIONS WITH KUEHNE AND NAGEL BY STEPPIN UP TO THE PLATE AND BECOMING PROACTIVE IN OUR FIELD.

THOUGH WE ARE EXTREMELY GREATFUL FOR BEING RECOGNIZED FOR OUR POTENTIAL, WE WERE NOT GIVEN THE TOOLS NEEDED TO MAINTAIN OUR DIGNITY AND RESPECT DURING CHALLENGING MOMENTS WITH OUR CO-WORKERS WITHIN OUR DEPARTMENTS.

WE HAVE BEEN SUBJECTED TO EMPLOYEES RUFUSING TO DO TASKS THAT THEY WERE ASKED TO DO, BEING INSUBORDNANT, DISRESPECTFUL, DEVIATING FROM ASSIGNED BREAK SCHEDULES. THESE ISSUES WERE ADDRESSED RETORICALLY TO THE EMPLOYEES INVOLVED AND THE RESULTS WERE IMPACTED NEGATIVELY AND FABRICATED.

THESE AND OTHER FABRICATIONS HAS SPREAD ACROSS THE ENTIRE WAREHOUSE AND STAFFING AGENCIES. THIS IS CAUSING INNOCENT HARD WORKING EMPLOYEES THEIR JOBS WITHOUT PROPER INVESTIGATION. NOW IT IS TIME FOR EMPLOYEES TO BE HELD ACCOUNTABLE FOR THEIR ALLEGATIONS AT COSTS.

I HAVE WITNESSED SOME OF THE DECEPTIVE ACTS BEING SPOKEN OF AMONGS CERTAIN PEOPLE IN CERTAIN DEPARTMENTS JUST BECAUSE THEY DON'T APPROVE OR JUST DISLIKE SOMEONE WITHOUT JUSTIFICATION.

### START

I WOULD LIKE TO INTRODUCE AN INTERNAL PROCEDURE, IF APPROVED, FOR THE SOUTHAVEN FACILITY. THIS POLICY WILL AID IN THE RELIEF OF FABRICATED ALLEGATIONS SUBMITTED BY ANY EMPLOYEE WHO RAISES UNSUPPORTED ISSUES OF ANOTHER EMPLOYEE.

### INCIDENT COMPLAINT FORM

IF AN EMPLOYEE CHOOSES TO REPORT AN INCIDENT THAT INVOLVES ANOTHER EMPLOYEE THAT THEY MAY HAVE HAD ANY DIRECT INFRACTIONS, FEELING THREATENED BY THAT EMPLOYEE OR THAT EMPLOYEE IS CAUSING A HOSTILE WORK ENVIRONMENT, THEY MAY FILE A COMPLAINT.

THE FORM WILL CONSIST OF THE EMPLOYEES GENERAL INFORMATION, DATE AND TIME THE INCIDENT OCCURRED, THE PERSON(S) INVOLVED, WITNESS(S), AND THE ALLEDGED EVENT THAT OCCURRED.

THE EMPLOYEE(S) MUST BE ADVISED THAT IF AN INVESTIGATION IS LAUNCHED, THE APPROXIMATE TIME FOR COMPLETION COULD TAKE UP TO 14 TO 21 DAYS AND DURING THAT PERIOD, THE ACCUSER WOULD HAVE TO REMAIN OFF WORK WITHOUT PAY UNTIL THE INVESTIGATION IS COMPLETE OR IF A PERMANENT EMPLOYEE, THEY MAY USE ANY UNUSED VACTION TIME. IF ANY WITNESS(S) IS INVOLVED, THEY MAY BE SUBJECTED TO BE OFF WORK FOR 7-10 DAYS DURING THE INVESTIGATION.

THE IVESTIGATION WILL CONSIST OF THE VALIDITY OF THE EMPLOYEES (ACUSER(S) STATEMENT, LENGTH OF EMPLOYMENT, ATTENDANCE, ATTITUDE, PERSONALITY, ANY HISTORY OF OTHER ALTERCATIONS WITH OTHER EMPLOYEES, CO WORKERS AND THE EMPLOYEES JOB PERFORMANCE. THE ACCUSED EMPLOYEE WILL ALSO HAVE TO SUBMIT THE SAME INCIDENT FORM NEEDED FOR THE IVESTIGATION.

IF THE EMPLOYEE (ACUSER) AND ANY WITNESS(S) IS FOUND TO HAVE FALSIFIED INFORMATION SUBMITTED IN THE INCIDENT REPORT THEY WILL BE TERMINATED IMMEDIATELY AND IF PERMANENT, THEY WILL BE ISSUED A FINAL WARNING AND UP TO A YEARS PROBATION.

IF THE EMPLOYEE(S) STATEMENT IS FOUNDED TO BE TRUTH, IN ITS ENTIRETY, THAN THE APPROPRIATE STEPS WILL BE TAKEN AND THE ACCUSED EMPLOYEE(S) WILL BE DISCIPLINED ACCORDINGLY.

**END**

THIS INTERVENTION IS TO PREVENT EMPLOYEES FROM FALSLY ACCUSING ANOTHER EMPLOYEE OF UNSUPPORTED ALLEGATIONS. PERSONALITY CONFLICTS AND PERSONAL DISLIKES WILL NOT BE SUBSITUTED FOR A HOSTILE WORK ENVIRONMENT OR DIRECT THREATS. A LOT OF EMPLOYEES HAVE SEEN OTHER EVENTS OCCURR WITHOUT REPREMAND AND THEY ARE TAKING ADVANTAGE OF THE LACK OF RECOURSE. WE WANT TO ASSURE THAT NO ONES JOB SECURITY IS JEAPORDISED BY FALSE ACCUSATIONS. WITH THESE FIRM STEPS IN PLACE, THEY MAY THINK TWICE BEFORE SUBMITING ANY FALSE REPORTS THAT MAY RESULT IN WEEKS OF LOST INCOME AND UP TO TERMINATION, INCLUDING ANY WITNESSES IF THE ALLEGATION IS FOUND TO BE FALSE OR EXTENED BEYOND THE FACTS.

KUEHNE AND NAGEL
4080 EXECUTIVE DR.
SOUTHAVEN MS 38672

| EMPLOYEE COMPLAINT FORM |
|---|
| Employee's name: |
| Date: |
| Date of Hire: |
| Department assigned: |
| Supervisor's Name: |
| Type of Complaint: |
| Witness(s): |
| Employee Statement: Please give date, time, when and where incident happened. |
| |
| By signing this form you acknowledge that if an investigation is conducted, it will take up to 14-21 days for completion and you are asked to remain off during the investigative period. If there are any witnesses, they will be subject to time off up to 7-10 days during the investigation. If for any reason during the investigation, we find that a fraudulent statement has been made, disciplinary actions and your voluntary resignation will become effective from the date of this document. |
| |

Signature of Employee                                        Date

# ATTENTION MIKE LICHWON

# FACILITY MANAGER

HERE ARE THE DOCUMENTS THAT I PRESENTED TO KEVIN MURPHY ON JANUARY 13, 2007 SURROUNDING SEVERAL EMPLOYEES INTENDING TO ABUSE THE SEXUAL HARASSMENT POLICY INCLUDING MARIE NOLAN

ATTACHED IS A REBUTTLE STATEMENT THAT WAS FAXED THE DAY OF THE ACCUSATION FEBRUARY 16, 2007

PLEASE REVIEW MY PRE INITIAL STATEMENTS PRIOR TO THE ACCUSATION

THANKS,

RODNEY V JOHNSON
1176 ELDER RD
MEMPHIS TN. 38109
901-251-0190

Kuehne and Nagel
4080 Executive Dr.
Southaven Ms.
662-449-7340
February 16, 2007
Subject: Falsified Allegations
**Re: Kevin Murphy; Mitchell Tate; Kenny Oliver; Wallace (Quality Manager);**

*Attention: Jinda Pockett — Rebuttle* (handwritten)

I have become a victim of a falsely alleged and exaggerated claim of sexual harassment.
I was approached by Tequa Gray of Areotek this morning at or around 8:00 a.m. advising me of the accusation.
I was asked to leave pending an investigation and to fill out an incident report stating what happened. After arriving at the Aerotek facility, I was in dismay, because I had no clue of when, who, where and why I was there and were to begin to fill out the incident report. So a generic one was assessed and submitted.
The only person I could think of was Marie (?) of Omni Source who works for Lathia Guy in the international dept as a processor on first shift.
Every since K and N posted the Sexual Harassment notices and advisements, this particular individual (Marie) had been screaming "Sexual Harassment" when ever any guy would say anything to her. She had been asked to stop doing that from myself and other co-workers in the event that it may get taken out of context. Others have described Marie as "crazy" because of her unusual behavior.
She would refer to me as her "enemy" and when I would ask why, she would say "because you have a fiancé."
Maddog (Mack) who is in charge of the forklifts on first shift and I just had a conversation about Marie doing that a couple of days ago, and he stated that she did him the same way and he bagged off from speaking to her because of it. The credibility of this individual (Marie) has definitely been in question on numerous occasions including this one.
I don't want to lose my job over false accusation brought against me. I am at my 90 day to becoming permanent and I have not compromised my code of conduct as a departmental lead in international. Please consider my request for reinstatement of my position as Aerotek dept lead and/or a permanent Q.C. employee through K and N.

I have submitted documents, suggestions and details to Kevin Murphy surrounding this type of falsified claims about a month and half ago. Because I was already aware of what was going to eventually follow if something was not put into place to stop the exaggeration of sexual harassment.

Rodney V. Johnson
1176 Elder Rd
Memphis Tn. 38109
901-251-0190
International Q.C. Lead 1st shift

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 490-2007-01487 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Rodney V. Johnson | (901) 251-0190 | 1966 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1176 Elder Road | Memphis, TN 38109 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KUEHNE & NAGEL | 500 or More | (662) 449-7340 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4080 Executive Drive | Southaven, MS 38672 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-18-2006   Latest: 02-26-2007

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about December 18, 2006, I was subjected to sexual harassment by an Omni Source employee Marie Nolan (B/f). I reported this behavior to my supervisor Kenny Oliver (B/m) around January 10, 2007. On January 13, 2007 I gave Kevin Muphy (W/m) Assistant Facility Manager a letter regarding my concerns of sexual harassment. I later learned that on or about February 13, 2007 Marie filed a sexual harassment complaint against me. On February 16, 2007, Tequa Austin (B/f) on-site representative for Aerotek my employer informed me that I had to leave the above facility pending an investigation. Later that day, I faxed a letter to Linda Packett (W/f) Payroll Manager to be distributed among management addressing the alleged sexual harassment complaint filed against me. On February 26, 2007 I was notified by Tequa that I was being discharged and removed from the above site. I had been assigned to the above referenced location since November 15, 2006 as a lead quality auditor and had recently completed my 90 days to be hired on permanently.

I believe that I have been discriminated against because of my sex (male) and in retaliation for complaining of the unlawful employment practice all in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>Rodney V. Johnson  3-2-2007 |
| Mar 02, 2007 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>3/2/07  [signature] |
| Date    Charging Party Signature | |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 490-2007-01494 |

Tennessee Human Rights Commission and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Rodney V. Johnson | (901) 251-0190 | 1966 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1176 Elder Road | Memphis, TN 38109 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AEROTEK STAFFING | 201 - 500 | (901) 566-2040 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2838 Hickory Hill | Memphis, TN 38115 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-16-2007    Latest: 02-26-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above named company on November 14, 2006 and was assigned to Kuehne & Nagel on November 15, 2006 in the position of quality auditor. During the course of my employment at this assigned site, I was subjected to sexual harassment by an Omni Source employee, Marie Nolan (B/f). I filed internal complaints with Kuehne & Nagel regarding this. On February 16, 2007, I was contacted by Tequa Austin (B/f) on-site representative for the above named employer that I was being removed from the site pending an investigation of alleged sexual harassment. I learned later that Marie had filed the sexual harassment complaint against me. On February 26, 2007, Tequa informed me that my assignment had been terminated at Kuehne & Nagel. As of today, I have not been referred to another site by the above named employer.

I believe that I have been retaliated against for filing an internal complaint of sexual harassment in violation of Title VII of the Civil Rights Act of 1964, as amended.

*[Stamp: RECEIVED MAR 02 2007]*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Mar 02, 2007
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
*Rodney V. Johnson  3-2-2007*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
*3/2/07  Thnea Johnson*

EEOC Form 161 (2/08)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Rodney V. Johnson
1176 Elder Road
Memphis, TN 38109

From: Memphis District Office
1407 Union Avenue
Suite 901
Memphis, TN 38104

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 490-2007-01487 | Brenda D. Johnson, Investigator | (901) 544-0143 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Brenda R. Johnson for_
Katharine W. Kores,
Director

APR 0 4 2008
(Date Mailed)

Enclosures(s)

cc: Jennifer Shorb Hagerman
Attorney
Burch, Porter, & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103